IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>NADIA CAVNER, )<br>)<br>Defendant. ) | Criminal No: 13-I-08<br>*13-20135*<br>18 U.S.C. § 2<br>18 U.S.C. § 2261(A) |

## INFORMATION

**THE UNITED STATES ATTORNEY CHARGES:**

### COUNT ONE

From on or about July 9, 2011, and continuing thereafter until on or about November 15, 2011, in the Western District of Tennessee, the defendant,

------------------------------------------------NADIA CAVNER------------------------------------------------

being aided and abetted by another, did travel in interstate commerce from Springfield, Missouri to Memphis, Tennessee with the intent to injure, harass or place under surveillance with intent to injure, harass, or intimidate individuals known to the United States, hereinafter referred to as P.M. and K.S., and in the course of and as a result of such travel caused substantial emotional distress to P.M. and K.S., a member of the immediate family of P.M. and K.S., or the intimate partners of P.M. and K.S. All in violation of Title 18, United States Code, Section 2261(A) and 2.

DATED: *APRIL 12 2013*

*[signature]*

**EDWARD L. STANTON III**
**UNITED STATES ATTORNEY**